# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00063-KD-MU |
| CORLES OMAR DENTONE | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Corles Omar Dentone, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to **Count(s) Three and Four** of the Indictment charging violations of Reentry of a Removed Alien and Aggravated Identity Theft**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea to each count was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant Corles Omar Dentone be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 23RD day of July, 2020.

**s/P. Bradley Murray**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.