IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:20-00063-KD-MU-1 |
| | ) |
| CORLES OMAR DENTONE, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 29) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNTS THREE and FOUR of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for October 9, 2020 at 9:00 a.m., under separate order.

**DONE** and **ORDERED** this the **30th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**